JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHE MARKETING, INC., a Canadian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY D. LENNEY, an individual; and JLENNEY MARKETING, LLC, a California limited liability company,<br><br>Defendants. | CASE NO.: 8:17-cv-00722-JLS-JCG<br><br>**CONSENT DECREE AND PERMANENT INJUNCTION** |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Niche Marketing, Inc. ("Plaintiff") and Defendants Jeffrey D. Lenney and JLenney Marketing, LLC ("Defendants") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' Stipulation and as to Defendants, their successors, heirs, and assignees, this Consent Decree and Permanent Injunction ("Injunction") shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. § 1125(a).

2) As part of this action, Plaintiff alleges that Defendants published false and disparaging statements about Plaintiff's business practices, in order to falsely advertise and generate business for Defendants.

3) Defendants and their agents, employees, representatives, successors and assigns are hereby restrained and permanently enjoined from publishing in any public forum any statement about Plaintiff or Plaintiff's affiliate marketing network Wealthy Affiliate ("W.A.") without Plaintiff's express written permission.

4) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

5) The Court shall retain jurisdiction over Defendants and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction or of the parties' Settlement Agreement and General Release dated July 25, 2017.

**IT IS SO ORDERED.**

DATED: August 11, 2017

By _____
Hon. Josephine L. Staton
United Stated District Judge